IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

(1) JERI GILL MCKENZIE and )
(2) ROBERT MCKENZIE, )
        Plaintiffs, )
         )
vs. )        Case No. 21-CV-258-RAW
         )
(1) THE HANOVER INSURANCE )
COMPANY, INC., )
        Defendant. )

## DEFENDANT THE HANOVER INSURANCE COMPANY'S
## FINAL EXHIBIT LIST

**COMES NOW** Defendant, The Hanover Insurance Company, Inc., and submits its following Final Exhibit List:

## EXHIBITS

**Expect to Use:**

| No. | Document |
| --- | --- |
| 1. | Policy no. HNT D124739 effective 12/24/19 to 12/24/20 [Hanover POL 1-75] |
| 2. | Relevant portions of Hanover's non-privileged/non-protected claim file [Hanover CF 1-639] |
| 3. | Hanover estimate [Hanover CF 91-95] |
| 4. | Agency Acknowledgement [Hanover CF 96] |
| 5. | Ladder Now Maestro Report [Hanover CF 110-214] |
| 6. | SkyMeasure Roof Measurement Report [Hanover CF 215-221] |
| 7. | Day Engineering Consultants LLC Report [Hanover CF 224-263] |
| 8. | Hail Verification Report 11/18/20 [Hanover CF 264-266] |
| 9. | StormIntel Verify Hail History Report 11/24/20 [Hanover CF 267] |
| 10. | Claim Outcome Letter 09/14/20 [Hanover CF 270-273] |
| 11. | Google Earth Images, including historical images |
| 12. | Diagrams of the subject property |
| 13. | Defendant's Expert Reports and CVs |
| 14. | Documents relied upon by expert witnesses, not objected to by Defendant |
| 15. | Aerial photos of the subject property |

**May Use:**

| No. | Document |
|-----|----------|
| 16. | Code Enforcement Notice of Violation from City of Ardmore 05/21/19 |
| 17. | Ardmore City Fire Department Report 05/18/19 |
| 18. | Audio Recordings of 911 Phone Calls 05/18/19 |
| 19. | Documents received via subpoena to Service First Roofing and Construction |

Respectfully submitted,

*s/Grant A. Fitz*
Grant A. Fitz, OBA #19806
RICHARDS & CONNOR
12th Floor, ParkCentre Building
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449
Email: gfitz@richardsconnor.com

**ATTORNEY FOR DEFENDANT**
**HANOVER INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2022, I electronically transmitted the attached to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Terry M. McKeever, Esq. - tmm@fylaw.com
FOSHEE & YAFFE

Preston James Dugas, III, Esq. – pdugas@dcclawfirm.com
DUGAS CHEEK & CIRCELLI

**ATTORNEYS FOR PLAINTIFFS**
**JERI GILL MCKENZIE AND**
**ROBERT MCKENZIE**

*s/Grant A. Fitz*