### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) JERI GILL MCKENZIE and** | ) | |
| **(2) ROBERT MCKENZIE,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 21-CV-258-RAW** |
| | ) | |
| **(1) THE HANOVER INSURANCE** | ) | |
| **COMPANY, INC.,** | ) | |
| **Defendant.** | ) | |

### DEFENDANT THE HANOVER INSURANCE COMPANY'S
### FINAL WITNESS LIST

**COMES NOW** Defendant, The Hanover Insurance Company, Inc., and pursuant to the

Court's Scheduling Order [Dkt. #15] submits its following Witness List:

### WITNESSES

| EXPECT TO CALL | | |
|---|---|---|
| **No.** | **Name & Contact Info** | **Subject of Information** |
| 1. | David Goldsholl<br>36 Iviers Drive<br>Little Rock, AR 72223 | Plaintiffs' claim for benefits; his discussions with Plaintiffs' agents, representatives, and others; his handling, investigation, and evaluation of claim; written communications with Plaintiffs and others; bases for coverage decision and coverage afforded by policy. |
| 2. | Jeri Gill McKenzie<br>Robert McKenzie<br>c/o Foshee & Yaffe<br>P.O. Box 890420<br>Oklahoma City, OK 73189 | The facts and circumstances surrounding Plaintiffs' claim for benefits and theories asserted in this case; the condition of the building, maintenance and prior claims of the subject property; any hailstorms which impacted the property; prior repairs made on the building; estimates submitted by Plaintiffs; communications regarding claim. |
| 3. | Korbin Leach<br>Ladder Now<br>3600 Chamberlain Lane, Ste. 736<br>Louisville, KY 40241 | His inspection of the property and his observations, discussions, and reporting related thereto. |
| 4. | Corbin Swain, P. E.<br>Day Engineering Consultants LLC<br>P.O. Box 1405<br>Jenks, OK 74037 | His inspection of the property and his observations, conclusions, discussions, and reporting related thereto; his experience and knowledge. |

| EXPECT TO CALL | | |
|---|---|---|
| **No.** | **Name & Contact Info** | **Subject of Information** |
| 5. | Defendant's Claim Handling Expert | To be identified pursuant to the Court's Scheduling Order |
| 6. | Defendant's Structural Engineer Expert | To be identified pursuant to the Court's Scheduling Order |
| 7. | Bill Dunn<br>Dunn Roofing<br>714 10th Ave NW<br>Ardmore, OK 73401 | His inspection of the property and his observations, conclusions, discussions, and reporting related thereto. |

| MAY CALL | | |
|---|---|---|
| **No.** | **Name & Contact Info** | **Subject of Information** |
| 8. | Keller Claxton<br>City of Ardmore<br>Dept. of Development Services<br>23 S. Washington Street<br>Ardmore, OK 73401 | The facts and circumstances surrounding the May 2019 code violation regarding damage caused by the 2019 fire; his inspection of the property and his observations, conclusions, discussions, and reporting related thereto. |
| 9. | Chad Mansfield<br>Ardmore Fire Department<br>115 N. Rockford Road<br>Ardmore, OK 73401 | The facts and circumstances surrounding the actions taken by the fire department at the 2019 fire; damage to Plaintiff's roof as a result of the fire. |
| 10. | Brian McCarty<br>Service First Roofing<br>1407 Broadway Street<br>Ardmore, OK 73401 | His inspection of the property and his observations, conclusions, discussions, and reporting related thereto. |
| 11 | Deforest Michael York | His inspection of the property and his observations, conclusions, discussions, and reporting related thereto. |
| 12. | Records Custodian<br>City of Ardmore | Authentication of records |
| 13. | All other necessary records custodians for identification or authentication of documents. | Authentication of records |
| 14. | Witnesses whose identity may be discovered through ongoing discovery. | |
| 15. | Any witness necessary for rebuttal. | |

Respectfully submitted,

*s/Grant A. Fitz*

Grant A. Fitz, OBA #19806
RICHARDS & CONNOR
12th Floor, ParkCentre Building
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449
Email: gfitz@richardsconnor.com

**ATTORNEY FOR DEFENDANT**
**HANOVER INSURANCE COMPANY**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of July 2022, I electronically transmitted the attached to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Terry M. McKeever, Esq. - tmm@fylaw.com
FOSHEE & YAFFE

Preston James Dugas, III, Esq. – pdugas@dcclawfirm.com
DUGAS CHEEK & CIRCELLI

**ATTORNEYS FOR PLAINTIFFS**
**JERI GILL MCKENZIE AND**
**ROBERT MCKENZIE**

*s/Grant A. Fitz*

4