IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JERI GILL MCKENZIE and<br>2) ROBERT MCKENZIE<br><br>    *Plaintiffs*,<br><br>vs.<br><br>1) HANOVER INSURANCE COMPANY,<br><br>    *Defendant*. | Case No. 21-CV-258-RAW |

## PLAINTIFFS' EXHIBIT LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Jeri Gill McKenzie and Robert McKenzie ("Plaintiffs") file Plaintiffs' Exhibit List and would respectfully show the Court the following:

**I.**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 1. | Hanover Insurance Policy No. HNT D124739. |
| 2. | Hanover's Claim Log for insurance Claim No. 19-00740685 000. |
| 3. | Hanover's Underwriting File for the Property. |
| 4. | Photographs of the storm damage to the Property. |
| 5. | Plaintiff's Expert, Dallas Kaemmerling's Report. (only if Defendant's expert reports are admitted into evidence). |

| | | |
|---|---|---|
| 6. | Plaintiff's Expert, Dallas Kaemmerling's photographs of the Property. | |
| 7. | Plaintiff's Expert, Dallas Kaemmerling's weather data. | |
| 8. | Plaintiff's Expert, Dallas Kaemmerling's CV. | |
| 9. | Plaintiff's Expert, Dallas Kaemmerling's estimate of damages to Plaintiff's Property. | |
| 10. | Hanover's Claim acknowledgment letter dated September 9, 2020. | |
| 11. | Hanover's partial denial letter, dated September 14, 2020. | |
| 12. | Hanover's Claim denial letter, dated December 7, 2020. | |
| 13. | Hanover's email regarding non-renewal, dated September 21, 2021. | |
| 14. | Ladder Now's Photographs of the Property. (with any comments redacted). | |
| 15. | Hanover's Photographs of the Property. (with any comments redacted). | |
| 16. | Estimates for repairs or benefits owed for the loss to the property. | |
| 17. | To the extent not listed, documents produced during discovery, subject to the appropriate evidentiary limitations and objections. | |
| 18. | To the extent not listed, any documents or exhibits attached to depositions taken in this case, subject to the appropriate evidentiary limitations and objections. | |

As discovery in this case is ongoing, Plaintiffs reserve the right to amend this exhibit list.

                                        Respectfully submitted,

                                        */s/Preston J. Dugas III*
                                        Preston J. Dugas III

*Admitted Pro Hac Vice*
pdugas@dcclawfirm.com

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:    (817) 945-3061
Facsimile:     (682) 219-0761

Terry M. McKeever
OBA#21751
tmm@fylaw.com
S. Slex Yafe
OBA #21063
ay@fylaw.com

**FOSHEE & YAFFE**
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:    (405) 378-3033

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on July 14, 2022 in manner described below:

*via e-mail:*
Grant A. Fitz
OBA# 19806
gfitz@richardsconnor.com
Casper J. den Harder
OBA# 31536
cdenharder@richardsconnor.com

**RICHARDS & CONNOR**
525 S. Main Street
12th Floor, Park Centre Building
Tulsa, Oklahoma 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449

**ATTORNEYS FOR DEFENDANT**

            */s/Preston J. Dugas III*
            Preston J. Dugas III