IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) **JERI GILL MCKENZIE** and<br>2) **ROBERT MCKENZIE**<br><br>    *Plaintiffs,*<br><br>vs.<br><br>1) **HANOVER INSURANCE COMPANY,**<br><br>    *Defendant.* | Case No. 21-CV-258-RAW |

## PLAINTIFFS' WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Jeri Gill McKenzie and Robert McKenzie ("Plaintiffs") file Plaintiffs' Witness List and would respectfully show the Court the following:

**I.**

| | WITNESSESES | TESTIMONY |
|---|---|---|
| 1. | Jeri McKenzie | Plaintiff with knowledge of the Property and hail and wind damage. |
| 2. | Dallas Kaemmerling | Expert on the cause of damage found to the subject Property and on the reasonable and necessary cost of repair. |
| 3. | Brian McCarty | Non-retained expert on the reasonable and necessary cost of repair. |
| 4. | Hanover's Corporate Representative | Testifying on the handling of the Claim, file contents, communications, and underwriting of the Property. |
| 5. | David Goldsholl | Adjuster for Defendant who will testify to his inspection of the Property and Claims handling. |

| 6. | Korbin Leach | Will testify to his inspection of the Property. |
|---|---|---|
| 7. | Corbin Swain | Will testify to his inspection of the Property. |
| 8. | Jessica McWhirt | Plaintiffs' insurance agent with knowledge of the non-renewal of the Plaintiffs' insurance Policy. |
| 9. | Bill Dunn | Roofer testifying on damage to the Property. |

As discovery in this case is ongoing, Plaintiffs reserve the right to amend this witness list.

Respectfully submitted,

*/s/Preston J. Dugas III*
Preston J. Dugas III
*Admitted Pro Hac Vice*
pdugas@dcclawfirm.com

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:    (682) 219-0761

Terry M. McKeever
OBA#21751
tmm@fylaw.com
S. Slex Yafe
OBA #21063
ay@fylaw.com

**FOSHEE & YAFFE**
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:   (405) 378-3033

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on July 14, 2022 in manner described below:

*via e-mail:*
Grant A. Fitz
OBA# 19806
gfitz@richardsconnor.com
Casper J. den Harder
OBA# 31536
cdenharder@richardsconnor.com

**RICHARDS & CONNOR**
525 S. Main Street
12th Floor, Park Centre Building
Tulsa, Oklahoma 74103
Telephone:   (918) 585-2394
Facsimile:    (918) 585-1449

**ATTORNEYS FOR DEFENDANT**

　　　　　　　　　　　　　　　　　　　　*/s/Preston J. Dugas III*
　　　　　　　　　　　　　　　　　　　　Preston J. Dugas III