# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERI GILL MCKENZIE AND ROBERT MCKENZIE, <br>     Plaintiffs, <br> <br> v. <br> <br> HANOVER INSURANCE COMPANY <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 6:21-cv-00258-RAW <br> ) <br> ) <br> ) |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Jeri Gill McKenzie and Robert McKenzie, and files Plaintiffs' Designation of Expert Witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) and as required by the Court's Order.

### I.

Plaintiffs hereby designate the following retained experts it intends to use at trial to present evidence under the Federal Rules of Evidence 702, 703, or 705:

1.   **Dallas Kaemmerling**
   DR Loss Consultants
   1012 Circle Lane
   Bedford, Texas 76022
   Telephone: (817) 676-1467

Mr. Kaemmerling is Plaintiffs' damages and causation expert and will testify to the fact that hail damaged the Plaintiffs' property on April 22, 2020, and the reasonable and necessary costs to make repairs. His expert report is being produced under separate cover. Mr. Kaemmerling's expert report, exhibits, and curriculum vitae contain matters set forth in Fed. R. Civ. P. 26(a)(2).

### II.

**Exhibit 2**

Plaintiffs hereby designate the following non-retained experts it intends to use at trial to present evidence under the Federal Rules of Evidence 702, 703, or 705:

2. **Brian McCarty**
Service First Roofing and Construction
14867 US Highway 70
Ardmore, OK 73401
Telephone: (580) 630-1180

Mr. McCarty is expected to testify to his inspection of the property, his findings and the reasonable and necessary costs to repair property damaged from wind/hail.

3. Any rebuttal experts that may be needed based on the experts designated by Defendant.

## II.

Plaintiffs reserve the right to amend and/or supplement this designation with additional designations of experts within the time limits imposed by the Court or any modification of same by subsequent Court Order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure in the event it learns through discovery or otherwise that additional experts and/or witnesses who may potentially provide expert opinions and/or conclusions are necessary and/or available.

## III.

Plaintiffs reserve the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by other parties to this suit. Plaintiffs express its intention to possibly call, as witnesses associated with adverse parties, any of the other party's designated expert witnesses as adverse expert witnesses.

## IV.

With respect to persons identified during the course of discovery as "persons with knowledge of relevant facts," the current list of which was produced in Plaintiffs' Initial Disclosures previously

served on Defendant, Plaintiffs specifically reserve the right to elicit such "expert" or "lay opinion" testimony as may fall within these witnesses' education, training and/or experience, regardless of the fact that such witnesses are presently expected to testify regarding merely factual matters related to the incident in question and have not been formally retained by Plaintiffs as witnesses to testify as an expert, provided such testimony would benefit the jury to determine material issues of fact and be consistent with any applicable Court Order and the Federal Rules of Civil Procedure and Federal Rules of Evidence.

Respectfully submitted,

**FOSHEE & YAFFE LAW FIRM**

*/s/Terry M. McKeever*
Terry M. McKeever, OBA #21751
tmm@fylaw.com
P.O. Box 890420
Oklahoma City, OK 73189
Telephone:   (405) 632-6668
Facsimile:    (405) 632-3036

and

**DUGAS, CHEEK & CIRCELLI, PLLC**

*/s/Preston J. Dugas III*
Preston J. Dugas, III,
Texas Bar No. 24050189
*Admitted Pro Hac Vice*
pdugas@dcclawfirm.com
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:   (817) 945-3061
Facsimile:    (682) 219-0761

**ATTORNEYS FOR JERI GILL MCKENZIE AND ROBERT MCKENZIE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on July 6, 2022 in manner described below:

*via e-mail:*
Grant A. Fitz
OBA# 19806
gfitz@richardsconnor.com
Casper J. den Harder
OBA# 31536
cdenharder@richardsconnor.com

**RICHARDS & CONNOR**
525 S. Main Street
12th Floor, Park Centre Building
Tulsa, Oklahoma 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449

**ATTORNEYS FOR DEFENDANT**

                                               */s/Preston J. Dugas III*
                                               Preston J. Dugas III