# Exhibit 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1)  **JERI GILL MCKENZIE and** | ) | |
| 2)  **ROBERT MCKENZIE** | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| **vs.** | ) | **Case No. 21-CV-258-JWB** |
| | ) | |
| 1)  **HANOVER INSURANCE COMPANY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

### UNSWORN DECLARATION OF DALLAS KAEMMERLING

1.      My name is Dallas Kaemmerling and I am of sound mind and capable of making this Declaration. I declare under penalty of perjury under the law of the United States of America the following facts, which are within my personal knowledge, are true and correct.

2.      My attached expert report at Exhibit 2 sets forth in detail my opinions regarding the extent of damage to the property, the cause of damage to the property, the proper method of repair based on the extent of damage to the property, and the estimated replacement cost value ("RCV") and actual cash value ("ACV") for the reasonable and necessary cost to repair the damaged property as caused by the April 22, 2020 hail and wind storm.

3.      The estimate attached to my report consists of individual line-items that represent the property items that were damaged as a result of the April 22, 2020 hail and wind storm that hit the property, and the materials and labor necessary to complete the repairs caused by the damage.

4.      My attached curriculum vitae at Exhibit A within my expert report sets forth in detail my formal education, industry experience, that form the basis of my specialized skill and knowledge. Specifically my curriculum vitae details the history of my work and experience as a

public adjuster, independent adjuster, and general contractor in which I regularly handle commercial and residential storm damage claims and evaluate the cause of damage and the reasonable and necessary cost of repairs.

5. If necessary, I will testify at trial to the matters set forth in the attached report.

Dated: September 13, 2023

Dallas Kaemmerling