# Exhibit 2

Plaintiffs' Exhibit 2 - Page 001

# DR Loss Consultants

Prepared for:
Preston J. Dugas III
Preston Dugas Law Firm, PLLC
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102

Insured:  Jeri McKenzie

Address of Property:
3424 MOUNT WASHINGTON
RD

ARDMORE OK 73401

Date of Loss: 04/22/2020
Claim No: 19-00740685 000



Prepared by:

_____/s/ Dallas Kaemmerling_____
Dallas Kaemmerling
DR Loss Consultants
Dated: July 11th, 2022

1

Plaintiffs' Exhibit 2 - Page 002

DR Loss Consultants

**Background Information:**

I was originally contacted by Preston Dugas Law Firm, PLLC to provide an inspection of the exterior and interior of the above-mentioned property to ascertain whether the property sustained damage caused by hail, wind and/or rain, and if so, determine the extent of the damage and the date the damage occurred.

I do not have any association or interest in any firm or individual privy to this lawsuit and all findings are independent and based upon the facts and data obtained to date. My findings and conclusions as set forth herein have been based on physical site inspection, a review of the weather data, and my industry experience, knowledge, skill and training as a contractor for the past 10 years, an independent adjuster for the last 6 years, and licensed Public Adjuster for the past 4 years.

**Qualifications:**

I have been a licensed Public Insurance Adjuster since 2018.  To become a Public Insurance Adjuster, I had to successfully pass a complicated state-licensing exam. I have also had on the job experience and training identifying hail hits, granular loss and wind damage. I have adjusted thousands of hail and wind damage claims during my career including residential claims similar to the one at issue. I am required by the Texas Insurance Code, Title 13, Chapter 4102, § 4102.109 to complete at least twenty-four hours of continuing education every two years, along with ethics requirements, and I remain in good standing regarding my CE credits. My current curriculum vitae is attached here as Exhibit A and sets forth in detail my industry experience and formal education.

As an Independent Insurance Adjuster, I am required by the Texas Insurance Code, Title 13, Chapter 4101, § 4101.059, to complete at least twenty-four hours of continuing education every two years, along with ethics requirements, and I remain in good standing regarding my CE credits.  As an independent adjuster I received formal training on identification of storm damage to building envelopes as attended trainings through engineer firms and industry trade shows in the identification of hail damage.  I have adjusted thousands of hail claims in my career as an independent adjuster.

As a General Contractor, I have estimated, managed, and performed repairs to many properties with storm damage, including hail damage.  I regularly attend industry training events and am an active member of the NRCA and IIBEC.

I have been paid $2500 for my inspection, scope and this report. If my testimony is necessary in this matter, I will charge a reasonable rate per hour of $250/hour.

Plaintiffs' Exhibit 2 - Page 003

DR Loss Consultants

**Purpose and Scope:**

I do not keep a list of cases in which I have testified or given depositions. Other than inspecting the Property, I have reviewed and used the following materials in forming my opinion:

1. Satellite Imagery
2. NOAA Storm Data
3. Weather.us radar data
4. Day Engineering Report
5. My years of industry experience and expertise
6. Xactimate software in determining the reasonable and necessary costs to repair the Property

**Review of other Materials:**

In addition to my personal inspection of the Property which was documented through photographs produced in Exhibit D of this report, I reviewed and analyzed the Report of Findings of Day Engineering, dated November 28th, 2020 along with the photographs attached to the Day Report.

I spoke with Mr. McKenzie about the history of the home, previous damage and repairs. Mr. McKenzie stated that there had been a previous event where the home was struck by lightning. He stated that all of the repairs had been performed to the areas of the roof that were damaged from the lightning storm that occurred a few years prior to this event.

I further reviewed data regarding reported storm events from NOAA for the five-year period prior to my inspection beginning on January 1, 2016 through the date of my inspection in June 2022 to aid in my determination that damage occurred during the reported storm event. Based on my review of the reported weather events, discussions with the Property owner, and personal observation of the damages, I am able to provide an opinion that a storm event on April 22, 2020 more likely than not caused damage to the Property, to the exclusion of other potential storm events and causes.

**Inspection Report and Findings:**

During my visit of the property in June of 2022, I physically inspected areas of the Property for wind, hail and related damage, including but not limited to the roofs, the exteriors, and the surrounding areas of the Property to get a general understanding of the damage.

**Condition:**

The Property appeared well-maintained and typical of a building in this location and age.

**Weather:**

I conducted an independent review of the publicly available weather data for Carter County for the five-year period prior to my inspection beginning on January 1, 2016 through the date of my inspection in June of 2022.

3

DR Loss Consultants

I utilized the NOAA National Centers for Environmental Information to conduct my weather review. I limited the search to Carter County, Oklahoma and further limited the search to High Wind, Thunderstorm Wind, and Hail for the time period January 1, 2016 through June 2022. I then analyzed each high wind and storm event to determine how close it was to the Subject Property and reviewed the map locations and narratives as to each event.

**Relevant weather events:**

On April 11th, 2016, there was 1.25 reported in northern Ardmore.

Weather.US Radar Imagery was not available for this date range. However, based on the characteristics of the damage observed alone, this date can be ruled out as there is clear spatter marks from the hail impacts as well as fresh dark damage to the shingles. If the damage on the roof was from 2016, we would expect to see severe weathering beginning to be visible in the form of silver coloring of the bitumen of the shingles.



Plaintiffs' Exhibit 2 - Page 005

DR Loss Consultants

On June 23rd, 2017, there was 1" reported in western Ardmore, 3.7 miles to the southwest of the loss location.



Weather.US Radar Imagery was not available for this date range. However, based on the characteristics of the damage observed alone, this date can be ruled out as there is clear spatter marks from the hail impacts as well as fresh dark damage to the shingles. If the damage on the roof was from 2017, we would expect to see severe weathering beginning to be visible in the form of silver coloring of the bitumen of the shingles.

5

DR Loss Consultants

On April 22nd, 2020, there was a large storm event that was reported near Ardmore.



See Weather.US radar imagery of the storm event. Severe weather and hail are registered directly over the loss location.

6

DR Loss Consultants



Plaintiffs' Exhibit 2 - Page 008

DR Loss Consultants



Plaintiffs' Exhibit 2 - Page 009

DR Loss Consultants

There was another storm reported on August 16th, 2020, that struck southern Ardmore. Based on the radar imagery, this storm went south of the property.



Based on my review of the documents listed above, reported weather events, discussions with the Property owner, and personal observation of the damages, I am able to provide an opinion that a storm event on April 22, 2020 more likely than not caused direct physical damage to the Property, to the exclusion of other potential storm events and causes. The reported damages from the homeowner, the reported weather data from NOAA, the radar imagery, as well as the physical evidence on the property leads to a reasonable conclusion that the damage could only have been caused by the storm occurring on or about April 22nd, 2020.

*See* Weather Data, Exhibit C. There were numerous other storm reports that same date that place the Property directly in the path of the storm. Exhibit C.

**Other damages**

Plaintiffs' Exhibit 2 - Page 010

DR Loss Consultants

The roof exhibited a normal amount of wear and tear that is expected and reasonable for its age.
There is clear hail damage to the roof materials, as well as some other damages from causes clearly other than hail.
There is some isolated granule loss from natural wear/weathering.

There are also some minor mechanical damages from foot traffic. These damages are clear and distinct from hail damage, as hail damage is typically round in shape, consistent occurring across directional slopes, as well as randomly positioned on the shingles, and can contain other evidence such as crushed granules or softened matting.

The foot traffic was most notable in the valleys where foot traffic is most common to occur, as the valleys are the safest areas to ascend the roof.

Hail damage example from this roof:



Foot traffic mechanical damage example from this roof:

Plaintiffs' Exhibit 2 - Page 011

DR Loss Consultants



**Repair Scope:**

See attached Exhibit B for the reasonable and necessary costs for repair the areas of the Property that were damaged by the April 22, 2020 storm event. It is because of the widespread hail damage to the roof and other items that the items listed in the estimate must be replaced and that spot repair is not appropriate unless specifically noted.

**Conclusions:**

Based on my own physical inspection of the property, conversations with the property owner, review of the documents listed in this report, and my own experience, knowledge, skill and training as a licensed Public Adjuster, Independent Adjuster, and General Contractor, it is my opinion, within a reasonable degree of professional certainty, that the property specifically mentioned in my estimate, Exhibit B, more likely than not, sustained wind and hail damage as a result of the April 22nd, 2020 storm event. I considered and ruled out other causes of loss, such as wear and tear, deterioration, and foot traffic, and determined that the damage was more likely than not caused by the April 22, 2020 storm event.

Plaintiffs' Exhibit 2 - Page 012

DR Loss Consultants

In addition, I considered other storm events reported by NOAA and searched back to 2016 for storms.  The April 22, 2020 storm event was the closest in location and highest in overall windspeed reported.  No other storms in this section of Carter county near this loss address were capable of causing the damages I observed, other than the April 22, 2020 storm event.

Based on the historical weather data, the characteristics of the hail and wind damage I observed that were consistent with the reported wind event on April 22, 2020 that the damage could only have been caused by the April 22, 2020 storm, to the exclusion of all other whether events or potential causes.

**Scope of damages observed:**
Hail damage was observed to the roof materials, gutters, and wood shutters on the front elevation of the home.
Hail damage was observed on the metal barn to the copula, only.  The metal roof panels did not exhibit any hail damage.

**Repair Recommendations:**

Exhibit B, attached to this report is a true and correct copy of my estimate of the reasonable costs to repair and/or replace property that is considered damaged from high winds that occurred on the identified date of loss (herein referred to as "Estimate").  My Estimate includes a line-item detailed estimate using the Xactimate software program with an updated price database that reflects pricing as of July 2022.

Xactimate is an industry standard estimating software. This software is accepted and incorporated by the largest insurance companies in this industry including the Defendant to this lawsuit and uses a price database which is updated monthly by zip code to ensure accuracy of pricing.

**Pricing Information:**

For Dwelling and/or other Structures:  The estimated cost of repairs are calculated using current local prices that are usual and customary.  The estimate is based on the repair and/or replacement cost of the damaged property at today's industry standard pricing.  Pricing Information: In an effort to provide fair, open and accurate pricing for structural repairs, DR Loss Consultants utilizes "Xactimate" by Xactware, and/or may provide additional documentation at DR Loss Consultant's sole and absolute discretion.  Xactimate, is the industry's leading estimating tool with over 28,000 components making up over 7,000 line items.

Xactware does market pricing research and provides monthly updated price lists by city/zip code, so you know the pricing is reasonable and up to date.  Simply put, Xactware's pricing data is used more often than all Xactware's competitors' data combined.  Each month, Xactware's systems review nearly 20,000 market surveys of contractors, suppliers, and service providers. In addition, more than 400,000 estimates are returned to Xactware every day either from feedback specifically sent by users or by utilizing Xactware's assignment network. This enables real-time analysis on the usability of pricing information. Every estimate sent through Xactware's assignment network is automatically reviewed for pricing differences. Millions of estimates representing billions of dollars of actual closed claims files have been analyzed and continue to be reviewed by Xactware's pricing team. The

Plaintiffs' Exhibit 2 - Page 013

DR Loss Consultants

intended goal is to provide cost information to estimators that reflects the most common price recently submitted, which by definition is referred to as a "market price." Xactware gets pricing for material and equipment from both local and national chains like Lowes and Home Depot. The reality is that in today's market, homeowners and others can usually purchase or rent these items for prices similar to those paid by a contractor.

Questions about the accuracy of material and equipment pricing are rare and answers are easily verified. By far the most challenging task is the determination of an accurate and fair price for labor. It is labor which makes the service provided by a general and structural repair contractor unique. Labor is a contractor's special expertise expended in the customers behalf, measured by time.

## Labor Productivity in Xactimate Pricing:

Labor productivity is often the largest variable in any construction or repair job. Productivity is defined as the time needed to complete a task and can be affected by many factors beyond the standard "high level" differences between new construction and remodeling or repair. Examples can include accessibility, location, and quantity of work being done. Additionally, each job may require many other supporting or peripheral tasks that will affect the productivity regardless of whether the job is new construction or repair.

Take the examples of painting a room's interior and replacing or installing a new exterior door. Properly estimating the amount of labor needed requires knowledge and consideration of at least the following:

Room painting – Are there contents in the room and must they be completely moved out and reset? Is the finished flooring in place? Are there electrical fixtures and plates that must be removed? Is the trim-work stain or paint grade? How many colors and coats are required? Must an existing color be matched? What additional prep work or masking is required? What is the size of the room(s) being painted? Door replacement or installation – Must an existing door be removed and will the existing lockset be used on the new door? Is the rough-opening adequate for a standard-sized door? Must the opening be adjusted or the new door trimmed? Must the door's jamb be extended or trimmed? Is the new door being cleaned and prepped for paint? How many doors are being replaced or installed? Given the variables listed above, each of these two apparently singular tasks (painting a room and replacing a door) has now been expanded into multiple possible scenarios, which will impact the job's time and cost. Some of these supporting tasks could occur regardless of whether the job is defined as new construction or repair or remodel.

Given the large variety of task combinations, how can a database of standardized unit prices address this variability? Xactware handles this issue by breaking out those tasks that do not always occur into separate line items that should be added when needed. As a result, the primary line item targets the average lowest common denominator for labor productivity.

## Factors that affect the expenses/fees include the following:

Time spent working on the insurance claim/restoration project.
Time is a basic element in determining a portion of the claim/restoration project expenses/fees. A General Contractor's services differ from those of other professionals like bankers and doctors in, much of the work is done when the client is not present. Therefore, many clients are unaware that

13

DR Loss Consultants

the estimate, with line-item breakdown, created for their insurance claim/restoration project, or the advice given in a few minutes regarding their project, are actually the product of hours of research, insurance/restoration coding, consultation and preparation. In addition, while most general contractors work 10 -12 hours per day, only a portion of that time is billed to clients.

The remaining time is devoted to activities including, but not limited to, studying new and changing building products, new and changing insurance/restoration coding system(s) with more than 28,000 components making up more than 7,000 line items used for estimating and invoicing insurance claim/restoration projects,  changing laws affecting the construction industry, OSHA/Safety compliance, changing commercial and residential building codes, attending continuing educational seminars, industry trade shows, damage assessment practices/techniques, and community outreach.  Different general contractors value their time at different rates, depending on their experience, knowledge, skills and demand for their services.

A general contractor who is a professional and has built a reputation as being an "expert" or who devotes most of their time to a particular trade (i.e. insurance/restoration projects) may charge more than someone less experienced or less known.  This is not to say a general contractor who is less experienced is not competent to handle a particular insurance/restoration project.  However, circumstances sometimes dictate a more experienced professional be hired for the insurance/restoration project.  Of course, you should expect to pay a higher rate for a professional whose expertise in a specific area is in high demand.  On the other hand, this same expertise may enable the professional to perform the work efficiently, getting you better results.

**General Overhead and business expenses:**

When you hire a general contractor, you are hiring a staff to work on your behalf during your insurance/restoration project.  This staff may include, but is not limited to, client care representative(s), production manager, human resource manager, office manager, accounting personnel, and construction advisor(s).  Other general overhead and business expenses that cannot be attributed to your individual project may include, but not limited to general and administrative expenses, office rent, utilities, office supplies, technology, phones, Internet, office supplies, vehicles, office equipment, licenses, general liability insurance, vehicle insurance, workers' compensation, employee training, advertising, etc. Job-Related Overhead expenses.  Job/claim related expenses can be attributed to your specific insurance/restoration project.  These expenses will be tracked and recorded throughout your insurance/restoration project and submitted on a separate invoice with a line-item breakdown as outlined in Xactimate, if possible. Examples may include, but not limited to, in-house project manager(s), damage assessment personnel, insurance/restoration coding professional(s), onsite portable offices, restroom facilities, temporary power, fencing, equipment, experts, etc.

**Limitations:**
It is possible that undiscovered damages exist.  Should it become evident that an item or items were omitted from the estimate, new information becomes available, additional damage is found, consequential physical damage occurs, unknown and/or unforeseen damages are found we reserve the right to revise our estimate.

Plaintiffs' Exhibit 2 - Page 015

DR Loss Consultants

**In Conclusion:**

My Estimate attached hereto includes depreciation for each item and reflects the Actual Cash Value ("ACV"). ACV is the Replacement Cost Value ("RCV") minus depreciation. Depreciation is often calculated by using the age of the item, divided by the life expectancy to arrive at a percentage. The percentage is then multiplied by the RCV to derive the ACV.  Xactimate uses the Life Expectancy of Housing Components report obtained from the National Association of Home Builders (NAHB), a widely accepted, comprehensive resource on the life expectancy of housing components as the basis for the life expectancy portion of the calculation. Based upon my conversations with the building owner, the exact age of the roof is unknown.  Based my review of the aerial Pictometry, the age of the roofs could not be determined. Yelp shows that the location has been in business since 1985. The roofs are in excellent condition based on the assumption that they are original.  As the age of the roofs could not be determined specifically, Using the Xactimate software, the roof and exterior components have been depreciated by 35 years based on the condition of the roof that was observed.

As a result of the hail and wind damage, full roof replacement is necessary along with all other items listed in my attached Exhibit B.

In my opinion, the reasonable and necessary costs to repair and/or replace the property that was damaged from the April 22, 2020 - storm event.

1. RCV: $57,336.74
2. ACV: $51,863.43

The values are reflected in Exhibit B along with each item considered damaged.
All opinions herein are true and accurate based on my education, training, experience as an appraiser, umpire and licensed public adjuster, my inspection of the Property, evidence of hail damage found at the Property, documents that I have been provided to review, and facts as they were provided to me from the Plaintiffs. All opinions and information contained herein may be subject to change based on new information provided. I reserve all rights to create an addendum based on new facts, if any provided by either party.

_____

Plaintiffs' Exhibit 2 - Page 016

# Exhibit A

# Dallas Kaemmerling

E-mail: Dallas@longhornpa.com   §   Website: www.LongHornPublicAdjusters.com   §
Phone: 8176761467
1012 Circle Lane, Bedford, TX 76022

## WORK EXPERIENCE

**K and K Construction**                                2/1/2012 — Present

*Owner*

As the owner of a remodeling company, I personally performed and oversaw many different jobs including interior remodels, water damage restoration, bathroom rebuilds, siding, roofing, and other building envelope repairs or new builds.

**Independent Contractor**                                May 2015 — Present

*Appraiser*

As an appraiser and umpire, I have performed many appraisals in several since 2015 and have successfully executed awards in excess of $500k.  I am well known in the North Texas appraisal world and regularly serve as umpire and am currently offered as a competent candidate by both carrier and policy holder appraisers.

**Independent Contractor**                                August 2017 — Present

*Independent Adjuster*

As an independent adjuster, I have carried licenses in over 20 states worked thousands of claims in many different states and many different types of loss including Hail, Wind, Hurricane, Tornado, Tree impact, Collapse, Sump Pump Failure, Ice Damning, and many more loss types in both catastrophic and daily claim situations.

**LongHorn Public Adjusters**                                September 2018 — Present

*Owner*

As a public insurance adjuster, I have worked hundreds of claims for policy holders for many different types of loss including Hurricane, Tornado, Hail, Wind, Pipe break, and many other types.  I have successfully settled a large percentage of the claims, while preparing and escalating others to appraisal or referring them to an attorney to pursue litigation as the request of the policy holder.  I have settled both residential and commercial claims with loss amounts well over 7 figures.

## QUALIFICATIONS

BA Music Education - 2013.
IICRC Certified WRT.  #8559568
HAAG Certified Residential and Wind Inspector.  #201712339
TDLR Mold Certified Contractor (pending license approval by state as of 6/15/2020)

## REFERENCES

References available upon request.

Plaintiffs' Exhibit 2 - Page 018

# Exhibit B

 **DR Loss Consultants**

|  |  |  |  |
|---|---|---|---|
| Insured: | Jeri Mackenzie | | |
| Property: | 3424 MT Washington Rd | | |
| | Ardmore, OK 73401 | | |

| | | | |
|---|---|---|---|
| Estimator: | Dallas Kaemmerling | Business: | (817) 823-0286 |

**Claim Number:** 19-00740685 000          **Policy Number:**                    **Type of Loss:**

| | | | |
|---|---|---|---|
| Date of Loss: | 7/6/2022 7:52 PM | Date Received: | |
| Date Inspected: | | Date Entered: | 7/5/2022 3:33 PM |

| | |
|---|---|
| Price List: | OKAD8X_JUL22 |
| | Restoration/Service/Remodel |
| Estimate: | JERI_MACKENZIE |

This estimate represents all of the damages that were observed and determined to be a result of the cause of loss and includes all necessary line items for the reasonable repair method to return the risk to its pre-loss condition with like kind and quality items, to be installed in accordance with the manufacturer installation instructions, industry best practices, as well as to maintain a reasonably uniform appearance.



## DR Loss Consultants

### JERI_MACKENZIE

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Tear off, haul and dispose of comp. shingles - Laminated | 79.10 SQ | 49.13 | 0.00 | 816.10 | 4,702.28 | (0.00) | 4,702.28 |
| 2.  Additional charge for steep roof - 10/12 - 12/12 slope | 79.10 SQ | 22.07 | 0.00 | 366.60 | 2,112.34 | (0.00) | 2,112.34 |
| 3.  Drip edge | 430.78 LF | 2.05 | 29.97 | 191.75 | 1,104.82 | (100.19) | 1,004.63 |
| 4.  Exhaust cap - through roof - up to 4" | 2.00 EA | 81.08 | 4.70 | 35.05 | 201.91 | (15.71) | 186.20 |
| 5.  Flashing - pipe jack | 4.00 EA | 37.40 | 4.15 | 32.30 | 186.05 | (13.88) | 172.17 |
| 6.  Prime & paint roof jack | 7.00 EA | 33.05 | 4.30 | 49.49 | 285.14 | (33.57) | 251.57 |
| 7.  Valley metal | 282.45 LF | 4.82 | 53.90 | 297.22 | 1,712.52 | (180.20) | 1,532.32 |
| 8.  Chimney flashing - average (32" x 36") | 2.00 EA | 388.17 | 15.47 | 166.29 | 958.10 | (51.71) | 906.39 |
| 9.  Gable cornice return - laminated | 10.00 EA | 85.46 | 7.00 | 180.94 | 1,042.54 | (27.32) | 1,015.22 |
| 10.  Roofing felt - 30 lb. | 79.10 SQ | 26.72 | 72.27 | 459.03 | 2,644.85 | (422.87) | 2,221.98 |
| 11.  Asphalt starter - universal starter course | 430.78 LF | 1.65 | 25.11 | 154.54 | 890.44 | (146.90) | 743.54 |
| 12.  Laminated - comp. shingle rfg. - w/out felt | 91.00 SQ | 180.88 | 854.54 | 3,636.07 | 20,950.69 | (3,333.33) | 17,617.36 |
| 13.  Additional charge for steep roof - 10/12 - 12/12 slope | 91.00 SQ | 64.70 | 0.00 | 1,236.42 | 7,124.12 | (0.00) | 7,124.12 |
| 14.  Ridge cap - Standard profile - composition shingles | 518.94 LF | 6.14 | 114.63 | 693.19 | 3,994.11 | (447.15) | 3,546.96 |
| 15.  Tarp - all-purpose poly - per sq ft (labor and material) | 1,000.00 SF | 0.77 | 22.56 | 166.44 | 959.00 | (0.00) | 959.00 |
| *For tarping and protecting the landscape during the build* | | | | | | | |
| 16.  Roofer - per hour | 4.00 HR | 91.75 | 0.00 | 77.07 | 444.07 | (0.00) | 444.07 |
| *Labor for final clean up to ensure all nails and roofing debris has been picked up.* | | | | | | | |
| 17.  Temporary toilet (per month) | 1.00 MO | 151.00 | 0.00 | 31.71 | 182.71 | (0.00) | 182.71 |
| *Temporary Toilet required on-site per OSHA Regulation Standard 1926.51* | | | | | | | |
| 18.  Residential Supervision / Project Management - per hour | 20.00 HR | 59.10 | 0.00 | 248.22 | 1,430.22 | (0.00) | 1,430.22 |
| *Required per  OSHA Instruction  STD 03-11-001* *Allows for one full day of safety supervision.  More may be required if roof replacement is extended.* | | | | | | | |
| 19.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 626.64 | 0.00 | 131.59 | 758.23 | (0.00) | 758.23 |
| **Totals:  Roof** | | | **1,208.60** | **8,970.02** | **51,684.14** | **4,772.83** | **46,911.31** |

#### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20.  Gutter / downspout - aluminum - up to 5" | 399.00 LF | 7.34 | 149.65 | 646.46 | 3,724.77 | (700.48) | 3,024.29 |
| 21.  Clean with pressure/chemical spray | 96.00 SF | 0.32 | 0.09 | 6.47 | 37.28 | (0.00) | 37.28 |

Plaintiffs' Exhibit 2 - Page 021



**DR Loss Consultants**

**CONTINUED - Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22.  Stain Faux Shutters* | 96.00 SF | 0.92 | 3.43 | 19.27 | 111.02 | (0.00) | 111.02 |
| 23.  Painter - per hour | 4.00 HR | 65.27 | 0.00 | 54.83 | 315.91 | (0.00) | 315.91 |
| Labor necessary for the intricacy of staining the shutters. | | | | | | | |
| **Totals:  Exterior** | | | **153.17** | **727.03** | **4,188.98** | **700.48** | **3,488.50** |

**Barn**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24.  Roofer - per hour | 4.00 HR | 115.90 | 0.00 | 97.36 | 560.96 | (0.00) | 560.96 |
| Labor for trip charges. | | | | | | | |
| 25.  Cupola for exhaust ventilation | 1.00 EA | 663.45 | 8.42 | 141.10 | 812.97 | (0.00) | 812.97 |
| **Totals:  Barn** | | | **8.42** | **238.46** | **1,373.93** | **0.00** | **1,373.93** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26.  Cleaning labor minimum* | 1.00 EA | 74.13 | 0.00 | 15.56 | 89.69 | (0.00) | 89.69 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **15.56** | **89.69** | **0.00** | **89.69** |
| **Line Item Totals:  JERI_MACKENZIE** | | | **1,370.19** | **9,951.07** | **57,336.74** | **5,473.31** | **51,863.43** |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 55,962.81 | 97.60% | 50,489.50 | 97.35% |
| Other Structures | 1,373.93 | 2.40% | 1,373.93 | 2.65% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 57,336.74 | 100.00% | 51,863.43 | 100.00% |

Plaintiffs' Exhibit 2 - Page 022



**DR Loss Consultants**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 44,888.43 |
| Material Sales Tax | 1,361.77 |
| | |
| Subtotal | 46,250.20 |
| Overhead | 4,625.05 |
| Profit | 5,087.56 |
| | |
| **Replacement Cost Value** | **$55,962.81** |
| Less Depreciation | (5,473.31) |
| | |
| **Actual Cash Value** | **$50,489.50** |
| **Net Claim** | **$50,489.50** |
| | |
| Total Recoverable Depreciation | 5,473.31 |
| | |
| **Net Claim if Depreciation is Recovered** | **$55,962.81** |

_____
Dallas Kaemmerling

Plaintiffs' Exhibit 2 - Page 023



**DR Loss Consultants**

## Summary for Other Structures

| | |
|---|---|
| Line Item Total | 1,127.05 |
| Material Sales Tax | 8.42 |
| Subtotal | 1,135.47 |
| Overhead | 113.55 |
| Profit | 124.91 |
| **Replacement Cost Value** | **$1,373.93** |
| **Net Claim** | **$1,373.93** |

Dallas Kaemmerling

Plaintiffs' Exhibit 2 - Page 024

# Exhibit C

Plaintiffs' Exhibit 2 - Page 025

 

# Storm Events Database

**Event Details:**

| Event | Hail |
|---|---|
| Magnitude | **1.25 in.** |
| State | **OKLAHOMA** |
| County/Area | **CARTER** |
| WFO | **OUN** |
| Report Source | **Public** |
| NCEI Data Source | **CSV** |
| Begin Date | **2016-04-11 05:30 CST-6** |
| Begin Location | **2NNE ARDMORE** |
| Begin Lat/Lon | **34.19/-97.13** |
| End Date | **2016-04-11 05:30 CST-6** |
| End Location | **2NNE ARDMORE** |
| End Lat/Lon | **34.19/-97.13** |
| Deaths Direct/Indirect | **0/0** (fatality details below, when available...) |
| Injuries Direct/Indirect | **0/0** |
| Property Damage | |
| Crop Damage | |
| Episode Narrative | **Storms formed out ahead of a cold front and dryline on the afternoon of the 10th. Overnight a low level jet formed and storms began to congeal into a line headed eastward. This system left behind a few outflow boundaries which helped scattered storms to form on the 11th before the front finally surged out of the area.** |
| Event Narrative | **Related from Twitter.** |

**Event Map:**



Leaflet | Tiles © Esri — Esri, DeLorme, NAVTEQ, TomTom, Intermap, iPC, USGS, FAO, NPS, NRCAN, GeoBase, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), and the GIS User Community

**All events for this episode:**

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals: | | | | | | | | 0 | 0 | 30.00K | 0.00K |
| DAVIDSON | TILLMAN CO. | OK | 04/10/2016 | 17:19 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (HBR)HOBART AIRPORT | KIOWA CO. | OK | 04/10/2016 | 17:32 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| WALTERS ARPT | COTTON CO. | OK | 04/10/2016 | 19:00 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| SEWARD | LOGAN CO. | OK | 04/10/2016 | 19:15 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| BLACKWELL | KAY CO. | OK | 04/10/2016 | 19:55 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| REED | GREER CO. | OK | 04/10/2016 | 20:20 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| HARDY | KAY CO. | OK | 04/10/2016 | 20:25 | CST-6 | Thunderstorm Wind | 65 kts. MG | 0 | 0 | 0.00K | 0.00K |
| RANDLETT | COTTON CO. | OK | 04/10/2016 | 20:29 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ELDORADO | JACKSON CO. | OK | 04/10/2016 | 20:50 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| WARREN | JACKSON CO. | OK | 04/10/2016 | 21:00 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 3.00K | 0.00K |
| BOONE | CADDO CO. | OK | 04/10/2016 | 21:05 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| TEMPLE | COTTON CO. | OK | 04/10/2016 | 21:05 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| TIPTON ARPT | TILLMAN CO. | OK | 04/10/2016 | 21:25 | CST-6 | Thunderstorm Wind | 58 kts. MG | 0 | 0 | 0.00K | 0.00K |
| FREDERICK | TILLMAN CO. | OK | 04/10/2016 | 21:40 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 10.00K | 0.00K |
| CACHE | COMANCHE CO. | OK | 04/10/2016 | 21:55 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 1.00K | 0.00K |
| FAXON | COMANCHE CO. | OK | 04/10/2016 | 22:00 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 1.00K | 0.00K |
| LAKE ELLSWORTH DAM | COMANCHE CO. | OK | 04/10/2016 | 22:01 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (FSI)FORT SILL | COMANCHE CO. | OK | 04/10/2016 | 22:05 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| CYRIL | CADDO CO. | OK | 04/10/2016 | 22:11 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GERONIMO | COMANCHE CO. | OK | 04/10/2016 | 22:15 | CST-6 | Thunderstorm Wind | 78 kts. EG | 0 | 0 | 10.00K | 0.00K |
| HULEN | COTTON CO. | OK | 04/10/2016 | 22:25 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 2.00K | 0.00K |
| AGAWAM | GRADY CO. | OK | 04/10/2016 | 22:28 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 1.00K | 0.00K |
| CYRIL | CADDO CO. | OK | 04/10/2016 | 22:33 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/10/2016 | 22:39 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/10/2016 | 22:45 | CST-6 | Thunderstorm Wind | 61 kts. MG | 0 | 0 | 2.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/10/2016 | 22:46 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/10/2016 | 22:51 | CST-6 | Hail | 1.12 in. | 0 | 0 | 0.00K | 0.00K |
| LIMA | SEMINOLE CO. | OK | 04/10/2016 | 23:55 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| SPARKS | LINCOLN CO. | OK | 04/11/2016 | 00:15 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 0.00K | 0.00K |
| ARDMORE | CARTER CO. | OK | 04/11/2016 | 05:30 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |

Plaintiffs' Exhibit 2 - Page 027

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MANNSVILLE | JOHNSTON CO. | OK | 04/11/2016 | 12:15 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| OAKLAND | MARSHALL CO. | OK | 04/11/2016 | 12:15 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| TISHOMINGO | JOHNSTON CO. | OK | 04/11/2016 | 12:29 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| ATOKA | ATOKA CO. | OK | 04/11/2016 | 13:05 | CST-6 | Hail | 2.75 in. | 0 | 0 | 0.00K | 0.00K |
| WILLIS | MARSHALL CO. | OK | 04/11/2016 | 13:11 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| NOBLE | CLEVELAND CO. | OK | 04/11/2016 | 16:13 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| NOBLE | CLEVELAND CO. | OK | 04/11/2016 | 16:17 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| NOBLE | CLEVELAND CO. | OK | 04/11/2016 | 16:19 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| **Totals:** | | | | | | | | 0 | 0 | 30.00K | 0.00K |

Plaintiffs' Exhibit 2 - Page 028

 

# Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | **Hail** |
| Magnitude | **1.75 in.** |
| State | **OKLAHOMA** |
| County/Area | **CARTER** |
| WFO | **OUN** |
| Report Source | **Emergency Manager** |
| NCEI Data Source | **CSV** |
| Begin Date | **2020-04-22 00:12 CST-6** |
| Begin Location | **2NE (ADM)ARDMORE APT** |
| Begin Lat/Lon | **34.32/-97** |
| End Date | **2020-04-22 00:12 CST-6** |
| End Location | **2NE (ADM)ARDMORE APT** |
| End Lat/Lon | **34.32/-97** |
| Deaths Direct/Indirect | **0/0** (fatality details below, when available...) |
| Injuries Direct/Indirect | **0/0** |
| Property Damage | **0.00K** |
| Crop Damage | **0.00K** |
| Episode Narrative | **Storms initiated along a warm front amid strong instability and enough shear for multiple storms producing very large hail up to the size of baseballs and a few brief tornadoes on the evening of the 21st.** |
| Event Narrative | |

**Event Map:**



Leaflet | Tiles © Esri — Esri, DeLorme, NAVTEQ, TomTom, Intermap, iPC, USGS, FAO, NPS, NRCAN, GeoBase, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), and the GIS User Community

**All events for this episode:**

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals: | | | | | | | | 0 | 0 | 1.125M | 0.00K |
| ANADARKO | CADDO CO. | OK | 04/21/2020 | 18:42 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| NEW LIBERTY | BECKHAM CO. | OK | 04/21/2020 | 18:50 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| REYDON | ROGER MILLS CO. | OK | 04/21/2020 | 19:02 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| ELK CITY | BECKHAM CO. | OK | 04/21/2020 | 19:15 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| ROLL | ROGER MILLS CO. | OK | 04/21/2020 | 19:18 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| REYDON | ROGER MILLS CO. | OK | 04/21/2020 | 19:30 | CST-6 | Hail | 2.50 in. | 0 | 0 | 0.00K | 0.00K |
| ELK CITY | BECKHAM CO. | OK | 04/21/2020 | 19:34 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| ELK CITY | BECKHAM CO. | OK | 04/21/2020 | 19:35 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| CANUTE | WASHITA CO. | OK | 04/21/2020 | 20:05 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| ELK CITY | BECKHAM CO. | OK | 04/21/2020 | 20:05 | CST-6 | Hail | 2.50 in. | 0 | 0 | 0.00K | 0.00K |
| LOOKEBA | CADDO CO. | OK | 04/21/2020 | 20:06 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (CSM)CLINTON SHERMAN AIR... | WASHITA CO. | OK | 04/21/2020 | 20:16 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (CSM)CLINTON SHERMAN AIR... | WASHITA CO. | OK | 04/21/2020 | 20:24 | CST-6 | Thunderstorm Wind | 59 kts. MG | 0 | 0 | 0.00K | 0.00K |
| LOOKEBA | CADDO CO. | OK | 04/21/2020 | 20:31 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| DILL CITY | WASHITA CO. | OK | 04/21/2020 | 20:36 | CST-6 | Hail | 2.50 in. | 0 | 0 | 0.00K | 0.00K |
| SAYRE | BECKHAM CO. | OK | 04/21/2020 | 20:39 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| SAYRE | BECKHAM CO. | OK | 04/21/2020 | 20:40 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| SAYRE | BECKHAM CO. | OK | 04/21/2020 | 20:49 | CST-6 | Hail | 2.75 in. | 0 | 0 | 0.00K | 0.00K |
| (CSM)CLINTON SHERMAN AIR... | WASHITA CO. | OK | 04/21/2020 | 20:59 | CST-6 | Thunderstorm Wind | 51 kts. MG | 0 | 0 | 0.00K | 0.00K |
| CLOUD CHIEF | WASHITA CO. | OK | 04/21/2020 | 21:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CLOUD CHIEF | WASHITA CO. | OK | 04/21/2020 | 21:08 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| POCASSET | GRADY CO. | OK | 04/21/2020 | 21:32 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| MINCO | GRADY CO. | OK | 04/21/2020 | 21:33 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HOBART | KIOWA CO. | OK | 04/21/2020 | 21:44 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| AMBER | GRADY CO. | OK | 04/21/2020 | 21:47 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| POCASSET | GRADY CO. | OK | 04/21/2020 | 21:47 | CST-6 | Hail | 2.50 in. | 0 | 0 | 0.00K | 0.00K |
| (HBR)HOBART AIRPORT | KIOWA CO. | OK | 04/21/2020 | 21:57 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| AMBER | GRADY CO. | OK | 04/21/2020 | 22:00 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 0.00K | 0.00K |
| ELGIN | COMANCHE CO. | OK | 04/21/2020 | 22:11 | CST-6 | Hail | 3.00 in. | 0 | 0 | 0.00K | 0.00K |
| ELGIN | COMANCHE CO. | OK | 04/21/2020 | 22:12 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |

Plaintiffs' Exhibit 2 - Page 030
2/3

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELGIN | COMANCHE CO. | OK | 04/21/2020 | 22:15 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| STERLING | COMANCHE CO. | OK | 04/21/2020 | 22:19 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| COOPERTON | KIOWA CO. | OK | 04/21/2020 | 22:22 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| STERLING | COMANCHE CO. | OK | 04/21/2020 | 22:25 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| STERLING | COMANCHE CO. | OK | 04/21/2020 | 22:28 | CST-6 | Tornado | EFU | 0 | 0 | 0.00K | 0.00K |
| ACME | GRADY CO. | OK | 04/21/2020 | 22:29 | CST-6 | Tornado | EF1 | 0 | 0 | 50.00K | 0.00K |
| MARLOW | STEPHENS CO. | OK | 04/21/2020 | 22:43 | CST-6 | Tornado | EF1 | 0 | 0 | 75.00K | 0.00K |
| DEVOL | COTTON CO. | OK | 04/21/2020 | 22:45 | CST-6 | Hail | 2.75 in. | 0 | 0 | 0.00K | 0.00K |
| MEERS | COMANCHE CO. | OK | 04/21/2020 | 22:47 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| WALTERS | COTTON CO. | OK | 04/21/2020 | 22:57 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| PUMPKIN CENTER | COMANCHE CO. | OK | 04/21/2020 | 23:04 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| LAKE FUQUA DAM | STEPHENS CO. | OK | 04/21/2020 | 23:10 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 0.00K | 0.00K |
| MEDICINE PARK | COMANCHE CO. | OK | 04/21/2020 | 23:10 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/21/2020 | 23:15 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/21/2020 | 23:17 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/21/2020 | 23:18 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| WAYNE | MCCLAIN CO. | OK | 04/21/2020 | 23:25 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| RATLIFF CITY | CARTER CO. | OK | 04/21/2020 | 23:33 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| TURNER FALLS | MURRAY CO. | OK | 04/21/2020 | 23:55 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (ADM)ARDMORE APT | CARTER CO. | OK | 04/22/2020 | 00:12 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCAN | STEPHENS CO. | OK | 04/22/2020 | 00:20 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| TROY | JOHNSTON CO. | OK | 04/22/2020 | 00:30 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MILBURN | JOHNSTON CO. | OK | 04/22/2020 | 00:48 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MILBURN | JOHNSTON CO. | OK | 04/22/2020 | 01:00 | CST-6 | Hail | 2.00 in. | 0 | 0 | 1.000M | 0.00K |
| FILLMORE | JOHNSTON CO. | OK | 04/22/2020 | 01:02 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HEALDTON | CARTER CO. | OK | 04/22/2020 | 01:12 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CADDO | BRYAN CO. | OK | 04/22/2020 | 01:20 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| TISHOMINGO | JOHNSTON CO. | OK | 04/22/2020 | 01:20 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| LONE GROVE | CARTER CO. | OK | 04/22/2020 | 01:35 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| LONE GROVE | CARTER CO. | OK | 04/22/2020 | 01:35 | CST-6 | Thunderstorm Wind | 70 kts. MG | 0 | 0 | 0.00K | 0.00K |
| BOGGY DEPOT STATE PARK | ATOKA CO. | OK | 04/22/2020 | 01:50 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SHATTUCK | ELLIS CO. | OK | 04/22/2020 | 03:38 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| ENID | GARFIELD CO. | OK | 04/22/2020 | 04:33 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (END)VANCE AFB ENID | GARFIELD CO. | OK | 04/22/2020 | 04:35 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| **Totals:** | | | | | | | | 0 | 0 | 1.125M | 0.00K |



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | **Hail** |
| Magnitude | **1.00 in.** |
| State | **OKLAHOMA** |
| County/Area | **CARTER** |
| WFO | **OUN** |
| Report Source | **Public** |
| NCEI Data Source | **CSV** |
| Begin Date | **2017-06-23 13:46 CST-6** |
| Begin Location | **1W ARDMORE** |
| Begin Lat/Lon | **34.1735/-97.1643** |
| End Date | **2017-06-23 13:46 CST-6** |
| End Location | **1W ARDMORE** |
| End Lat/Lon | **34.1735/-97.1643** |
| Deaths Direct/Indirect | **0/0** (fatality details below, when available...) |
| Injuries Direct/Indirect | **0/0** |
| Property Damage | **0.00K** |
| Crop Damage | **0.00K** |
| Episode Narrative | **An isolated severe storm formed along a cold front in south central Oklahoma on the afternoon of the 23rd.** |
| Event Narrative | |

**Event Map:**



**All events for this episode:**

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |

Plaintiffs' Exhibit 2 - Page 032

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ARDMORE | CARTER CO. | OK | 06/23/2017 | 13:46 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ANADARKO | CADDO CO. | OK | 06/23/2017 | 22:53 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |



# Precipitation radar HD

Wed 04/22/2020, 02:37:19am CDT

| marginal | light | moderate | heavy | very heavy | extreme/hail |

Plaintiffs' Exhibit 2 - Page 034



Carter

Lightning data: Siemens BLIDS



## Storm tracking

Wed 04/22/2020, 02:37:19am CDT



moderate — Moving direction >>> 10 20 30 40min

heavy — Moving direction >>> 10 20 30 40min

extreme — Moving direction >>> 10 20 30 40min

Carter

Plaintiffs' Exhibit 2 - Page 035

weather.us



# Precipitation radar HD

Sun 08/16/2020, 04:21:03pm CDT

| marginal | light | moderate | heavy | very heavy | extreme/hail |

Carter

weather.us

Lightning data: Siemens BLIDS

# US Doppler Radar



https://weather.us/radar-us/2eff196645a0c3f27f880b4b6c7041c3/stormtracking/KFDR_20200422-073719z.html





## Storm tracking ⓘ

Wed 04/22/2020, 02:37:19am CDT



Carter

weather.us

Your current country selection

United States

iOS & Android apps (https://weather.us/apps)

Terms and Conditions (/site/tos)

Privacy (/site/privacy)

Privacy-Manager

Contact (/site/contact)

© 2022 WeatherOK Inc.

weatherdotus
(https://www.facebook.com/v

@WeatherdotUS
(https://twitter.com/Weather

# Exhibit D



Plaintiffs' Exhibit 2 - Page 041



Plaintiffs' Exhibit 2 - Page 042



Plaintiffs' Exhibit 2 - Page 043



Plaintiffs' Exhibit 2 - Page 044



Plaintiffs' Exhibit 2 - Page 045



Plaintiffs' Exhibit 2 - Page 046



Plaintiffs' Exhibit 2 - Page 047









Plaintiffs' Exhibit 2 - Page 051



Plaintiffs' Exhibit 2 - Page 052



Plaintiffs' Exhibit 2 - Page 053





Plaintiffs' Exhibit 2 - Page 055





Plaintiffs' Exhibit 2 - Page 057



Plaintiffs' Exhibit 2 - Page 058











Plaintiffs' Exhibit 2 - Page 063



Plaintiffs' Exhibit 2 - Page 064



Plaintiffs' Exhibit 2 - Page 065


































Plaintiffs' Ex. 12, Page 844














Plaintiff Exhibit 2, Photo 090





Skyview Exhibit - Page 95













Plaintiff Exhibit 5 Page 102

















Plaintiff Exhibit 2 - Page 110





Plaintiffs' Exhibit 2 - Page 112





Plaintiffs' Exhibit 2 - Page 114











Plaintiffs' Exhibit 2 - Page 120


Plaintiff's Exhibit 2 - Page









Plaintiffs' Exhibit 2 - Page 125







Plaintiffs' Exhibit 2 - Page 129



Plaintiffs' Exhibit 2 - Page 130











Plaintiffs' Exhibit 2 - Page 136













Plaintiffs' Exhibit 2 - Page 143





Plaintiff's Exhibit 2 - Page 145



















Plaintiffs' Exhibit 2 - Page 155







Plaintiff Exhibit 2 Page 166











Plaintiffs' Exhibit 2 - Page 164





Plaintiffs' Exhibit 2 - Page 166