# Exhibit 3

Plaintiffs' Exhibit 3 - Page 001

# Dallas Kaemmerling's List of Prior Testimony for Past Four Years

- *Deryl and Andria Beakley v. Meridian Security Insurance Company*, No. 153-315760-20 (2021), 153rd Judicial District of Texas, Deposition.

- *Moore & Ware, LLC v. Maxum Indemnity Company*, No. 4:20-CV-1166 (2022), United States District Court for the Northern District of Texas Fort Worth Division, Deposition.

- *Stephan Shivvers v. Allstate Texas Lloyd's*, No. DC-20-09043 (2021), 14th Judicial District of Texas, Deposition.

- *Debbie Beathard D/B/A Treasure Cove v. State Farm Lloyds*, No. 6:20-CV-00664 (2021), United States District Court for the Eastern District of Texas Tyler Division, Deposition.

- *Hinson v. State Farm Llyods*, No. 4:20-CV-093 (2021), United States District Court for the Eastern District of Texas Sherman Division, Trial.

- *Carr Enterprises Inc. DBA ABC Printing v. Acadia Insurance Company*, No. 6:21-CV-00129 (2022), United States District Court for the Eastern District of Texas Tyler Division, Deposition.

- *Margarita P. Trejo and Sergio Trejo v. State Farm Lloyds*, No. 6:21-CV-00559 (2022), United States District Court for the Western District of Texas Waco Division, Deposition.

- *Blueitt v. Crestbrook Ins. Co.*, No. 4:22-CV-00466-O (2022), United States District Court for the Northern District of Texas of Fort Worth Division, Trial.

- *John Jefferson Sigler v. American Mercury Insurance Company*, No. CJ-2022-22 (2023), District Court of Carter County, Oklahoma, Deposition.

- *John R. Bradley v. Allstate Vehicle and Property Insurance Company*, No. 048-339014-22 (2023), 48th Judicial District of Texas, Deposition.