# Exhibit 5

Plaintiffs' Exhibit 5 - Page 001

Claim: 19-00740685   | 🏠 Pol: HNT-D124739-03 | Ins: Jeri Gill-Mckenzie | DoL: 04/22/2020 | St: Open | Adj: David Goldsholl (Field Property 4 - Unit Mgr: Darcy Spence)

| | |
|---|---|
| **Related To:** | none (Claim-level) |
| **Display for Agent:** | Yes |
| **Subject:** | Darc, Please review uploaded letter and advise if it is ok to send to insd Thanks, David ***LadderNow INSPECTION/INVESTIGATION ***Present at Inspection: Insured Roofer ***DAMAGES TO BUILDING/SEPARATE STRUCTURES OBSERVED: No damage to 30 yr shingles. Hail damaged roof vent cover and 60 l.f. of downspout. I reviewed photos of 8 y/o shingles. LadderNow report includes photos labeled "Contractor Consideration". I reviewed these photos and they do not represent hail. The granules have released and there is evidence of a uniform pattern which indicates they are likely defective shingles. ***DAMAGES TO CONTENTS OBSERVED: na ***COVERAGE ANALYSIS UPDATE AFTER INSPECTION: Root Cause confirmed to be: Hail Applicable changes to initial coverage analysis: na ***SUBROGATION ANALYSIS AFTER INSPECTION: Weather event ***SALVAGE: gutter materials do not have salvage value ***ESTIMATE NOTES: The qualifying trades for O&P include trade for roof & gutter. At this time, it isn't reasonable that a General Contractor will likely be required to coordinate and/or supervise the repairs to the property contained in the estimate. The following are qualifying trades for labor minimums in Xactimate and do not have tradesperson overlap: roofer ***SETTLEMENT: Claim was settled – no payment as damage is less than deductible Depreciation: Applied based on age/condition, useful life determined by Xactimate Paying on Exposure: COV A Based on: ADJ |