**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1) J<small>ERI</small> G<small>ILL</small> M<small>C</small>K<small>ENZIE</small> and | ) | |
| 2) R<small>OBERT</small> M<small>C</small>K<small>ENZIE</small> | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CV-258-JWB |
| | ) | |
| 1) H<small>ANOVER</small> I<small>NSURANCE</small> C<small>OMPANY</small>, | ) | |
| | ) | |
| *Defendant*. | ) | |

## PROPOSED ORDER

ON THIS DAY came to be heard Defendant, Hanover Insurance Company's ("Defendant") Motion to Exclude the Expert Testimony of Dallas Kaemmerling. After considering Defendant's Motion and the applicable law, the Court finds that Defendant's Motion should and is hereby **DENIED**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Exclude the Expert Testimony of Dallas Kaemmerling is hereby **DENIED**.

SIGNED on this _____ day of _____, 2023.

_____
JUDGE PRESIDING